================================================================

# *UNITED STATES DISTRICT COURT*
## -------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.                                          CASE NUMBER: WDQ-13-0631

MICHAEL WILLIAMS


To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Michael Williams.  I certify that I am admitted to practice in this court.


Date: April 2, 2014


  /s/
JOANNA SILVER
Staff Attorney
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
(410) 962-3962
(410) 962-0872 (fax)
joanna_silver@fd.org